# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, *et al.*, | ) | Case No. 22-50073 (JAM) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: ECF No. 3713 |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 24-05092 |
| v. | ) | |
| | ) | |
| ZETA GLOBAL CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR JUDGMENT ON THE PLEADINGS

In accordance with the Court's Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings, entered on September 25, 2024, in the chapter 11 case styled *In re Ho Wan Kwok, et al.*, Bankr. Case No. 22-50073 (JAM), (the "Kwok Proceeding") [ECF No. 3577], defendant Zeta Global Corp. ("Zeta"), by its undersigned counsel, respectfully submits this motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Motion"), based on the pleadings, all other proceedings had in this adversary proceeding, and for the reasons more fully set forth in the joint defendants' omnibus memorandum in support of motion to dismiss or motion for judgment on the pleadings filed today in the Kwok Proceeding [ECF No. 3713].

**ORAL ARGUMENT REQUESTED**

Zeta respectfully requests that the Motion be granted and that the Court enter judgment on the pleadings in favor of Zeta.

Dated: New York, New York
October 18, 2024

DLA PIPER LLP (US)

By: */s/ John J. Clarke, Jr.*
John J. Clarke, Jr. (ct31251)
john.clarke@us.dlapiper.com

1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

and

C. Kevin Kobbe
kevin.kobbe@us.dlapiper.com
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
(410) 580-4189

*Counsel for Zeta Global Corp.*

## CERTIFICATE OF SERVICE

I am counsel for the defendant Zeta Global Corp. in this adversary proceeding. I certify that on October 18, 2024, I caused a copy of the foregoing to be filed electronically using the Court's electronic case filing system, which will provide notice of this filing electronically to all parties who have appeared in this adversary proceeding.

                                              */s/ John J. Clarke, Jr.*
                                                John J. Clarke, Jr. (ct31251)